# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05MJ13

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK ALLEN POTEAT,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Government's Motion to Dismiss" (document #2), filed May 14, 2012. For the reasons stated therein, the Motion is **GRANTED**, that is, the above-captioned Complaint is dismissed without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the U.S. Attorney's Office.

**SO ORDERED**.

Signed: May 14, 2012

David S. Cayer
United States Magistrate Judge